UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

**ORDER**

v.                                                          19-CR-125-A

CHARLES WASHINGTON
                              Defendant.

The motion of the defendant, Charles Washington, to reinstate a June 20, 2019 oral order pursuant to 18 U.S.C. §3142 granting him pretrial release, Dkt. No. 289, which the United States does not oppose, is conditionally granted.  Defendant Washington's release is conditioned upon U.S. Probation re-inspecting and approving the residence where the defendant will be residing on home detention subject to electronic monitoring, and upon the defendant's compliance with the conditions of his state bail.  The U.S. Marshals may release the defendant when orally informed by the defendant's supervising Pretrial Services Officer that the residence has been approved. Finally, the defendant shall again acknowledge to his supervising Pretrial Services Officer that he understands all the terms and conditions of his pretrial release and that any violation could lead to revocation of his release, financial harm to his sureties, and to additional criminal charges.

**SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  May 5, 2020