UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

CHARLES WASHINGTON, *et al.*,

        Defendant.

**DECISION AND ORDER**
19-CR-125-A

---

This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for pretrial proceedings. On July 16, 2020, Magistrate Judge McCarthy filed a Decision and Order, Dkt. No. 367, that denied Defendant Washington's supplemental motion for a bill of particulars, Dkt. No. 342.

Defendant Washington filed an appeal of the Decision and Order. Dkt. No. 383. The Government responded. Dkt. No. 436. The parties appeared for oral argument and their arguments were submitted on the papers.

The Court has carefully considered the defendant's appeal and it is

**ORDERED** that the Magistrate Judge's denial of defendant Washington's supplemental motion for a bill of particulars in the Decision and Order, Dkt. No. 367, is affirmed pursuant to 28 U.S.C. § 636(b)(1)(A) because the denial was neither clearly erroneous nor contrary to law.

    **SO ORDERED.**

                              *s/Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT

Dated: July 9, 2021